1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTINA MARIE EVERS,                        No.  2:25-cv-2093-TLN-AC

12                  Plaintiff,

13          v.                                       **ORDER**

14    YOLANDA JOHNSON,

15                  Defendant.

16

17          Plaintiff Christina Marie Evers ("Plaintiff"), proceeding pro se, filed the above-entitled

18    action along with a motion for temporary restraining order on July 28, 2025.  (ECF Nos. 1, 3.)

19    The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On July 30, 2025, the magistrate judge filed findings and recommendations, which were

21    served on Plaintiff and which contained notice that any objections to the findings and

22    recommendations were to be filed within 21 days.  (ECF No. 4.)  Plaintiff did not file objections

23    to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  The Court has reviewed the file and finds

27    the findings and recommendations to be supported by the record and by the magistrate judge's

28    analysis.

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 30, 2025 (ECF No. 4) are ADOPTED in full;

2.  Plaintiff's motion for a temporary restraining order (ECF No. 3) is DENIED;

3.  The complaint (ECF No. 1) is DISMISSED for lack of federal jurisdiction; and

4.  The Clerk of the Court is directed to close the case.

Date: September 9, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2